**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, #100
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
*Attorney for Defendant,*
*WALGREEN CO.*

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNEESHA VENABLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WALGREEN CO d/b/a WALGREENS ) <br> #13900, a Foreign Corporation;) <br> DOES I through X; and ROE ) <br> CORPORATIONS I through X, ) <br> inclusive; ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:22-cv-01147-JAD-DJA <br><br> **STIPULATION AND ORDER REGARDING BREACH OF DUTY AND DISMISSAL WITH PREJUDICE OF OTHER BREACH OF DUTY ALLEGATIONS** <br><br> ECF No. 15 |

**STIPULATION AND ORDER REGARDING BREACH OF DUTY**
**AND DISMISSAL WITH PREJUDICE OF OTHER BREACH OF DUTY ALLEGATIONS**

Defendant, WALGREEN, CO., by and through its attorney of record, GEORGE M. RANALLI, ESQ., with the law firm of RANALLI ZANIEL FOWLER & MORAN, LLC, and Plaintiff DONNEESHA VENABLE, by and through her attorneys of record, Boyd B. Moss III, Esq. and John C. Funk, Esq., with the law firm of MOSS BERG INJURY LAWYERS, hereby stipulate and agree as follows:

1

1. On July 20, 2020, Defendant WALGREEN CO. breached a duty of care owed to Plaintiff when an employee came into contact with the protective polycarbonate shield secured on the checkout counter as he was reaching around it to assist Plaintiff causing it to tip over onto Plaintiff's head;

2. Defendant does not admit to and does contest the elements of causation and damages as to Plaintiff's alleged injuries;

3. Plaintiff dismisses with prejudice all other breaches of duty against Defendant WALGREEN CO. alleged in the subject Complaint filed on June 2, 2022, in District Court, Clark County, Nevada, Case No. A-22-853474-C.

| DATED June 9, 2023 | DATED: June 9, 2023 |
|---|---|
| **MOSS BERG INJURY LAWYERS** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
| **/s/ Boyd B. Moss III** | |
| _____ | **/s/ George M. Ranalli** |
| **BOYD B. MOSS III, ESQ.** | _____ |
| Nevada Bar No. 8856 | **GEORGE M. RANALLI, ESQ.** |
| **JOHN C. FUNK, ESQ.** | Nevada Bar No. 5748 |
| Nevada Bar No. 9255 | **VICKI DRISCOLL, ESQ.** |
| 4101 Meadows Lane, Ste. 110 | Nevada Bar No. 3939 |
| Las Vegas, Nevada 89107 | 2340 W. Horizon Ridge Parkway, #100 |
| *Attorneys for Plaintiff* | *Attorney for Defendant, WALGREEN CO.* |

2

**ORDER**

Based on the parties' stipulation [ECF No. 15] and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that on July 20, 2020, Defendant WALGREEN CO. breached a duty of care owed to Plaintiff when an employee came into contact with the protective polycarbonate shield secured on the checkout counter as he was reaching around it to assist Plaintiff causing it to tip over onto Plaintiff's head;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant does not admit to and does contest the elements of causation and damages as to Plaintiff's alleged injuries;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all other breach-of-duty theories against Defendant WALGREEN CO. alleged in the complaint in this action are **DISMISSED** with prejudice.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 14, 2023

3

...