**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
2340 W. Horizon Ridge Parkway, Suite 100
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
WALGREEN CO.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNEESHA VENABLE,<br><br>    Plaintiff,<br><br>vs.<br><br>WALGREEN CO d/b/a WALGREENS #13900, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive;<br><br>    Defendants. | Case No.: 2:22-cv-01147-JAD-DJA<br><br>ECF No. 22 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DONNEESHA VENABLE, and Defendant, WALGREEN CO d/b/a WALGREENS #13900, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against Defendant, WALGREEN CO d/b/a WALGREENS #13900, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

. . .

1

Further, any other hearings currently on calendar for this matter are hereby VACATED.

Dated: July 17, 2023.

**MOSS BERG INJURY LAWYERS**

_____
BOYD B. MOSS, III, ESQ.
Nevada Bar No. 8856
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Attorneys for Plaintiff

Dated: July 26, 2023.

**RANALLI ZANIEL FOWLER & MORAN, LLC**

No. 12763
for
_____
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
VICKI DRISCOLL, ESQ.
Nevada Bar No. 3939
2340 W. Horizon Ridge Parkway, Suite 100
Attorneys for Defendant

## ORDER

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 26, 2023

2